1 | GERALD SINGLETON (SBN 208783)
2 | BRODY A. McBRIDE (SBN 270852)
  | SINGLETON LAW FIRM, APC
3 | 115 West Plaza Street
4 | Solana Beach, CA  92075
  | Tel:     (760) 697-1330
5 | Fax:     (760) 697-1329
6 | Email:  gerald@geraldsingleton.com
  |            brody@geraldsingleton.com
7 |
8 | Attorneys for Plaintiff DIANA NURICUMBO

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| DIANA NURICUMBO, | ) | Case No. 3:14-cv-2827-W-PCL |
|---|---|---|
| Plaintiff, | ) | **PLAINTIFF DIANA NURICUMBO'S NOTICE OF SETTLEMENT** |
| v. | ) | |
| CITY OF CALEXICO, Former Chief of Police POMPEYO TABAREZ, GERMAN DURAN, JUAN RAMIREZ, PETER WEST, LUIS CASILLAS, RUBEN LOPEZ, and DOES 1-25, inclusive, | ) | |
| Defendants. | ) | |

///
///
///
///
///

**TO THE COURT, THE CLERK, AND TO ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that on March 9, 2016, the parties entered into a settlement agreement. As part of that settlement agreement, the parties have agreed to dismissal of this matter in its entirety and, as such, Plaintiffs expect final closing documents in this matter to be filed within the next 60 days.

                                          SINGLETON LAW FIRM, APC

Dated: March 10, 2016        By:   */s/ Gerald Singleton*
                                              Gerald Singleton, Esq.
                                              Brody A. McBride, Esq.
                                  Attorneys for Plaintiff DIANA NURICUMBO