1  John P. McCormick, Esq. (SBN 38064)
   Konrad M. Rasmussen, Esq. (SBN 157030)
2  Nicole V. Barvie, Esq. (SBN 282352)
   McCORMICK, MITCHELL & RASMUSSEN
3  8885 Rio San Diego Drive, Suite 227
   San Diego, CA 92108
4  Tel: (619) 235-8444
   Fax: (619) 294-8447
5
6  Attorneys for Defendants City of Calexico, Ruben Lopez, Juan Ramirez and Peter West

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA NURICUMBO, | Case No.: 14 CV 2827 W PCL |
| Plaintiff, | **JOINT MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| v. | |
| CITY OF CALEXICO; Former Calexico Chief of Police POMPEYO TABAREZ; GERMAN DURAN; JUAN RAMIREZ; PETER WEST; LUIS CASILLAS; RUBEN LOPEZ; and DOES 1 through 25, inclusive, | HON. THOMAS J. WHELAN |
| Defendants. | |

TO THE COURT:

PLEASE TAKE NOTICE that Plaintiff Diana Nuricumbo and City of Calexico, Pompeyo Tabarez, German Duran, Juan Ramirez, Peter West and Ruben Lopez hereby jointly move the court for an order dismissing this case in its entirety, with prejudice, each party to bear its/his/her own attorneys' fees and costs.

Good cause exists for the dismissal because the parties have reached a settlement.

Respectfully submitted.

SINGLETON LAW FIRM, APC

DATE: March 31, 2016        */s/ Brody A. McBride*

_____

Brody A. McBride, Esq.
Attorneys for Plaintiff
Diana Nuricumbo

|   |   |
|---|---|
|   | McCORMICK, MITCHELL & RASMUSSEN |
| DATE: March 31, 2016 | /s/ Konrad M. Rasmussen |
|   | _____ |
|   | Konrad M. Rasmussen, Esq.<br>Attorneys for Defendants<br>City of Calexico, Ruben Lopez, Juan Ramirez and Peter West |
|   | DALEY & HEFT, LLP |
| DATE: March 31, 2016 | /s/ Heather E. Paradis |
|   | _____ |
|   | Heather E. Paradis, Esq.<br>Attorneys for Defendant<br>German Duran |
|   | GIBBS & FUERST, LLP |
| DATE: March 31, 2016 | /s/ Steven A. Tisi |
|   | _____ |
|   | Steven A. Tisi , Esq.<br>Attorneys for Defendant<br>Pompeyo Tabarez |

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies & Procedures Manual, I hereby certify that the contents of this document are acceptable to Brody McBride, counsel for Plaintiff, Heather Paradis, counsel for Defendant German Duran and Steven Tisi, counsel for Defendant Pompeyo Tabarez and that I have obtained their authorization to affix their electric signatures to this document.

| | |
|---|---|
| Dated: March 31, 2016 | /s/ Konrad M. Rasmussen |
|   | _____ |
|   | Konrad M. Rasmussen, Esq.<br>Attorneys for Defendants<br>City of Calexico, Ruben Lopez, Juan Ramirez and Peter West |