# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA NURICUMBO,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CITY OF CALEXICO, et al.,<br><br>　　　　　　　　　　　　Defendants. | Case No.:  14-CV-2827 W (PCL)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS [DOC. 58]** |

　　　　Pending before the Court is a joint motion to dismiss this action with prejudice. Good cause appearing, the Court **GRANTS** the joint motion [Doc. 58] and **DISMISSES** this case **WITH PREJUDICE**.  Each party shall bear their own attorneys' fees and costs.

　　　　**IT IS SO ORDERED**.

Dated:  April 4, 2016

_____
Hon. Thomas J. Whelan
United States District Judge